# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| D.J.L., by and through his guardian, Carolina Lopez Rodriguez, | ) ) ) ) | No. EDCV 11-1199-CW |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner, Social Security Adminstration, | ) ) ) ) | |
| Defendant. | ) ) | |

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: August 22, 2012

_____
CARLA M. WOEHRLE
United States Magistrate Judge